IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER JOHNSON,<br>112 Sherman Road,<br>Waldorf, Maryland 20602,<br><br>       Plaintiff,<br><br>  - vs -<br><br>MAGNOLIA COMPANIES,<br>600 Gallatin Street, N.E.,<br>Washington, DC 20017,<br><br>       Defendant. | Civil Action No.: 1:21-cv-772 |

**NOTICE OF REMOVAL**

Defendant, Joseph J. Magnolia, Inc. ("Magnolia"), improperly sued as Magnolia Companies, hereby gives notice, pursuant to 28 U.S.C. § 1446, of the removal of the above-captioned case to this Court. Magnolia represents to the Court as follows:

1. On or about February 23, 2021, Christopher Johnson filed an action in the Superior Court for the District of Columbia, captioned *Johnson v. Magnolia Companies,* Case No. 2021 CA 000880 B ("the Civil Action"). The complaint, summons, civil case information report, and initial order and addendum, which are the only pleadings received by Magnolia, are attached as Exhibits A-D.

2. The earliest possible date when Magnolia received notice of the Civil Action was when it was sent to its counsel on March 19, 2021.

3. The Complaint purports to assert claims under the Americans with Disabilities Act and DC law, and seeks compensatory damages, punitive damages, attorney's fees, interest, and costs. Exhibit A.

4.      This Notice of Removal is timely filed under 28 U.S.C. § 1446(b) in that it is filed within 30 days from Magnolia's receipt of the initial pleading purporting to set forth the claim for relief on which this action is based.

5.      The basis for removal is 28 U.S.C. § 1331.

6.      This Court has original federal question jurisdiction over the Civil Action under 28 U.S.C. § 1331 because the ADA claim arises under federal law.

7.      Pursuant to 28 U.S.C. § 1441(a), attached hereto are true and accurate copies of all processes, pleadings, documents and orders which have been served upon Magnolia to date.

8.      This Notice of Removal is served upon all parties and shall be promptly filed with the Clerk of the Superior Court for the District of Columbia, Civil Division. *See* 28 U.S.C. § 1446(d).[1]

**WHEREFORE,** Magnolia hereby removes the Civil Action from the Superior Court.

Dated:   March 24, 2021                                  Respectfully submitted,

*/s/ Leslie Paul Machado*
Leslie Paul Machado (Bar No. 472395)
O'Hagan Meyer PLLC
2560 Huntington Avenue, Suite 204
Alexandria, Virginia 22303
(703) 775-8607 (phone)
(804) 403-7110 (facsimile)
lmachado@ohaganmeyer.com

**Counsel for Defendant**

---

[1]     By removing the case, Magnolia does not waive any defenses it may have to the claims in this suit, including that they are subject to binding arbitration.

**Certificate of service**

I hereby certify that, on this 24th day of March, 2021, a true and correct copy of the foregoing was served mailed and e-mailed to the following counsel:

Robert Maxwell
Maxwell Jones
1717 Pennsylvania Avenue NW # 1025
Washington, DC 20006
robert@maxwelljoneslaw.com

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Leslie Paul Machado
　　　　　　　　　　　　　　　　　　　　　　　　　Leslie Paul Machado