Filed
D.C. Superior Court
03/19/2021 16:23PM
Clerk of the Court

## Superior Court of The District of Columbia
### CIVIL DIVISION

| | |
|---|---|
| Christopher Johnson<br>112 Sherman Road<br>Waldorf, MD 20602<br><br>   Plaintiff,<br><br>   v.<br><br>Magnolia Companies<br>600 Gallantin Street, NE<br>Washington, DC 20017<br><br>   Defendant, | Civil Action No. 2021 CA 000880 B<br><br>**JURY TRIAL DEMANDED**<br><br>**COMPLAINT** |

Plaintiff Christopher Johnson, by and through undersigned counsel, hereby alleges, as and for his Complaint, as follows:

### NATURE OF COMPLAINT

This is an action to address the wrongful termination of Plaintiff Johnson by Defendant Magnolia Companies because of Mr. Johnson's disability. This includes, but is not limited to, incidences and damage resulting from Mr. Johnson's loss of employment, insurance and wages, the drastic deterioration of his health and well-being, and the ongoing cost of his medical treatment.

### JURISDICTION

This Court has jurisdiction because all of the transactions and occurrences occurred in the District of Columbia and by virtue of D.C. Code § 11-921.

### PARTIES



Doc ID: 5e83e23f7ec60ecb647352dc999d804f594b758b

1. Plaintiff, Christopher Johnson, is a resident of the Waldorf, Maryland and a citizen of the United States.

2. Defendant, Magnolia Companies, is incorporated in Washington, DC.

## STATEMENT OF FACTS

3. Plaintiff, Christopher Johnson was an employee at Magnolia Companies for years.

4. Mr. Johnson suffered a severe injury to his shoulder and neck cause by heavy lifting without help, based on short staff requirements.

5. Plaintiff was unaware that his sudden disability was related to his job until he was on disability.

6. Plaintiff's issues include problems with shoulder, arms and hands. While installing equipment, his hands would go numb; they would takes 45 minutes to ease; one morning, he couldn't grip anything, he went to emergency room.

7. He received an X-rays and MRI which showed eight bulging discs in his spine, nerve damage to shoulder, tear in right rotator cuff.

8. His Doctors later informed him said damage was due to wear and tear from line of work and did not recommend returning to the same conditions that created the problem.

9. Plaintiff is now described as fully disabled; He was pressed to resign or retire but refused.

10. In retaliation Defendant was listed as abandoning his job and was told they could not hold his spot.

11. He was terminated from his employment and his insurance canceled.

## COUNT I
### (Wrongful Termination Actual or Constructive)

Doc ID: 5e83e23f7ec60ecb647352dc999d804f594b758b

12. Plaintiff incorporated by reference Paragraph 1 through 11 as if fully set forth herein.

13. Plaintiff became disabled due to his employment, via lifting and movement of heavy items without proper help or tools.

14. Defendant terminated Plaintiff on or about October 30, 2020, after he was on disability.

15. Plaintiff termination was based solely on the fact he could not return to work at that time due to his disability created by the Defendant.

16. As a direct result of their actions, plaintiff has suffered and will continue to suffer loss of income, insurance, medical bills, pain suffering, and humiliation.

**WHEREFORE**, the Plaintiff, demands judgment against the Defendant for wrongful termination, in the full and just amount in excess of ten thousand dollars ($10,000.00) in compensatory damages and punitive damages against the Defendants plus interest and costs.

## COUNT II
(Breach of Implied Contract)

17. Plaintiff incorporated by reference Paragraph 1 through 16 as if fully set forth herein.

18. Defendant upon the hire of Plaintiff required Plaintiff to agree and abide by its handbook.

19. The Handbook requires a process before termination of his benefit and his employment.

20. Plaintiff became disabled due to his employment, via lifting and movement of heavy items without proper help or tools.

21. Defendant ignored all the rules and procedures in the handbook.

Doc ID: 5e83e23f7ec60ecb647352dc999d804f594b758b

22. Defendant terminated Plaintiff on or about October 30, 2020.

23. Plaintiff termination was based solely on the fact he could not return to work at that time due to his disability created by the Defendant.

**WHEREFORE**, the Plaintiff, demands judgment against the Defendant for wrongful termination, in the full and just amount in excess of ten thousand dollars ($10,000.00) in compensatory damages and punitive damages against the Defendants plus interest and costs.

### COUNT III
(Discrimination under 42 U.S. Code § 12112(a) Violation of ADA)

24. Plaintiff incorporated by reference Paragraph 1 through 24 as if fully set forth herein.

25. Plaintiff became disabled due to his employment, via lifting and movement of heavy items without proper help or tools.

26. Defendant terminated Plaintiff on or about October 30, 2020.

27. Plaintiff termination was based solely on the fact he could not return to work at that time due to his disability created by the Defendant.

28. Defendant filed to offer any determination of accommodation before his termination.

29. As a direct result of their actions, plaintiff has suffered and will continue to suffer loss of income, insurance, medical bills, pain suffering, and humiliation.

**WHEREFORE**, the Plaintiff, demands judgment against the Defendant for wrongful termination, in the full and just amount in excess of ten thousand dollars ($10,000.00) in compensatory damages and punitive damages against the Defendants plus interest and costs.

### COUNT IV
(Discrimination under The DC Human Rights Act of 1977)

Doc ID: 5e83e23f7ec60ecb647352dc999d804f594b758b

30. Plaintiff incorporated by reference Paragraph 1 through 29 as if fully set forth herein.

31. Plaintiff became disabled due to his employment, via lifting and movement of heavy items without proper help or tools.

32. Defendant terminated Plaintiff on or about October 30, 2020.

33. Plaintiff termination was based solely on the fact he could not return to work at that time due to his disability created by the Defendant.

34. Defendant filed to offer any determination of accommodation before his termination.

35. As a direct result of their actions, plaintiff has suffered and will continue to suffer loss of income, insurance, medical bills, pain suffering, and humiliation.

**WHEREFORE**, the Plaintiff, demands judgment against the Defendant for wrongful termination, in the full and just amount in excess of ten thousand dollars ($10,000.00) in compensatory damages and punitive damages against the Defendants plus interest and costs.

### PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff, Christopher Johnson respectfully requests that a judgment be entered in his favor against the Defendant:

1. Awarding Plaintiff, actual and compensatory damages including but not limited to loss of income, loss of insurance, medical bills, pain suffering, and humiliation, and all other damages in excess of ten thousand dollars ($10,000.00);
2. Awarding Plaintiff her attorneys' fees and costs;
3. Awarding statutory pre- and post-judgment interest; and
4. Any and other further relief as the Court deems just and proper.

Doc ID: 5e83e23f7ec60ecb647352dc999d804f594b758b

Date: Tuesday, February 23, 2021                    Respectfully Submitted,

*Robert N Maxwell*

Robert Maxwell, Esq.
*Counsel for the Plaintiff*
DC Bar # 998232

Maxwell

1717 Pennsylvania Avenue NW #1025
Washington, DC  20006
(202) 559-8594

I, Christopher Johnson, solemnly swear and affirm under criminal penalties for the making of a false statement that I have read the foregoing Complaint and that the factual statements made in it are true to the best of my personal knowledge, information and belief.

*Christopher Johnson*                           02 / 26 / 2021

Christopher Johnson                              Date

Doc ID: 5e83e23f7ec60ecb647352dc999d804f594b758b



# Audit Trail

| | |
|---|---|
| **TITLE** | Johnson Complaint.pdf |
| **FILE NAME** | Johnson%20Complaint.pdf |
| **DOCUMENT ID** | 5e83e23f7ec60ecb647352dc999d804f594b758b |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | Completed |

This document was requested from app.clio.com

## Document History

**SENT** — 02 / 25 / 2021 — 21:08:46 UTC — Sent for signature to Christopher Johnson (chrisjohnson650@ymail.com) from robert@maxwelljoneslaw.com
IP: 71.191.219.207

**VIEWED** — 02 / 26 / 2021 — 21:59:31 UTC — Viewed by Christopher Johnson (chrisjohnson650@ymail.com)
IP: 69.250.162.212

**SIGNED** — 02 / 26 / 2021 — 22:00:22 UTC — Signed by Christopher Johnson (chrisjohnson650@ymail.com)
IP: 69.250.162.212

**COMPLETED** — 02 / 26 / 2021 — 22:00:22 UTC — The document has been completed.

Powered by HELLOSIGN